IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. SINGSON, | No. C 09-05023 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| MARC FARBER, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 4, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 17, 2010.

DESIGNATION OF EXPERTS: 9/27/10; REBUTTAL: 10/8/10.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 10/29/10.

DISPOSITIVE MOTIONS **SHALL** be filed by November 8, 2010;

  Opp. Due November 22,2010; Reply Due December 6, 2010;

  and set for hearing no later than December 20, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 15, 2011 at 3:30 PM.

JURY TRIAL DATE: February 28, 20111 at 8:30 AM.,
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall be completed by May 10, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____
SUSAN ILLSTON
United States District Judge