1  HANSON BRIDGETT LLP
   M. D. MOYE - 152871
2  mmoye@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, CA 94105
   Telephone:   (415) 777-3200
4  Facsimile:    (415) 541-9366

5  Attorneys for Defendants
   CITY OF MILLBRAE, MARC
6  FARBER, and MARK RAFFAELLI

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   DANNY M. SINGSON,                    No. CV 09-5023-SI
12
              Plaintiff,                **STIPULATION AND PROPOSED ORDER
13                                       FOR CONTINUANCE OF FURTHER
       v.                                CASE MANAGEMENT CONFERENCE**
14
   MARC FARBER, MARK RAFFAELLI,
15 CITY OF MILLBRAE, and DOES 1 -
   50, inclusive,
16
              Defendants.
17

18

19        Pursuant to this Court's March 18, 2010 Pretrial Preparation Order, a Further

20 Case Management Conference in the instant action has been set for June 4, 2010.

21 Counsel for Defendant, however, is now unavailable on that date due to a previously

22 unforeseen circumstance, and counsel for Plaintiff has agreed to a continuance of the

23 conference.

24        Accordingly, Defendants MARC FARBER, MARK RAFFAELLI, and CITY OF

25 MILLBRAE, through their attorneys of record, Hanson Bridgett LLP, and Plaintiff DANNY

26 M. SINGSON, through his attorneys of record, Scott Law Firm, hereby stipulate and

27 agree to continue the Further Status Conference currently set for June 4, 2010 at 3:00

28

- 1 -

1   p.m. until July 16, 2010 at 2:00 p.m., or such other date and time that this Court has

2   available for such conference. The parties respectfully request the Court grant said

3   continuance. Pursuant to the Court's March 18, 2010 Pretrial Preparation Order, the

4   parties will file a Joint Case Management Statement seven days in advance of the new

5   date ordered for the Conference.

6           This stipulation is made pursuant to Local Rule 6-2 of the United States District

7   Court for the Northern District of California.

8           IT IS SO STIPULATED.

9   DATED: May 27, 2010                              SCOTT LAW FIRM

10

11                                                   By:    /s/  John Houston Scott
                                                            JOHN HOUSTON SCOTT
12                                                          Attorneys for Plaintiff
                                                            DANNY M. SINGSON
13

14  DATED: May 27, 2010                              HANSON BRIDGETT LLP

15

16                                                   By:    /s/  M. D. Moye
                                                            M. D. MOYE
17                                                          Attorneys for Defendants
                                                            CITY OF MILLBRAE, MARC
18                                                          FARBER, and MARK RAFFAELLI

19

20

21

22

23

24

25

26

27

28

- 2 -

1                              **[PROPOSED] ORDER**

2        Pursuant to the Stipulation above, the Further Case Management Conference

3 previously scheduled for June 4, 2010 at 3:00 p.m. is hereby continued to July 16, 2010

4 at 2:00 p.m.

5        PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7 DATED: _____    By:_____

8                                  THE HONORABLE SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE
MANAGEMENT CONF. (CASE NO. CV 09-5023-SI)          2366405.1

# PROOF OF SERVICE

## Danny Singson v. Marc Farber, City of Millbrae

## Case No CV09-5023-SI

I declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *Danny Singson v. Marc Farber, City of Millbrae*; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On May 27, 2010, I served a true and accurate copy of the document(s) entitled:

## STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

> John Scott
> Scott Law Firm
> 1388 Sutter Street, Suite 715
> San Francisco, California 94109
> john@scottlawfirm.net

☒ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Tanya R. Williams

2368238.1