John Houston Scott,  SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
DANNY M. SINGSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. SINGSON,<br><br>    Plaintiff,<br>v.<br><br>MARC FARBER, MARK RAFAELLI, CITY OF MILLBRAE, and DOES 1-50, inclusive<br><br>    Defendants.<br>_____<br>DANNY M. SINGSON,<br><br>    Plaintiff,<br>v.<br><br>CITY OF MILLBRAE, MARK RAFFAELLI, NEIL TELFORD, MARCIA RAINES and DOES 1-50, inclusive<br><br>    Defendants. | Case No.:  CV 09-5023-SI<br>(related Case No.: CV 11-01863-MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO CONTINUE MAY 16, 2011 TRIAL DATE IN *SINGSON V. FARBER* BY GRANTING PLAINTIFF LEAVE TO AMEND/SUPPLEMENT HIS COMPLAINT OR CONSOLIDATE TWO CASES FOR ALL PURPOSES |

   The court has reviewed the Complaint, First Amended Complaint and the pleadings filed herein regarding *Singson v. Farber, et al.*, Case No. CV 09-5023-SI, the Complaint in *Singson v. City of Millbrae, et al.*, Case No. CV 11-01863-MEJ filed on April 18, 2011, the Motion to Relate Cases filed on April 18, 2011, the Ex Parte Application to Continue the May 16, 2011 Trial Date in *Singson v. Farber* by Granting Plaintiff Leave to Amend/ Supplement his Complaint or to Consolidate the two Cases for All Purposes, and the Declaration of John H. Scott in support thereof.

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

1   The Court hereby finds good cause and that justice requires as follows:

2   IT IS SO ORDERED that the May 16, 2011 trial date be continued to a future date; and,

3   [the two matters are consolidated for all purposes;] [~~or,~~] [~~the plaintiff is granted leave to file his~~

4   ~~proposed Second Amended Complaint~~].

5

6   DATE:   5/2/11                                   _____
                                                      Honorable Susan Illston