| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | M. D. MOYE - 152871 |
| 2 | mmoye@hansonbridgett.com |
| | MARK C. GABEL - 253729 |
| 3 | 425 Market Street, 26th Floor |
| | San Francisco, CA  94105 |
| 4 | Telephone:    (415) 777-3200 |
| | Facsimile:     (415) 541-9366 |
| 5 | |
| 6 | Attorneys for Defendants |
| | CITY OF MILLBRAE, MARK RAFFAELLI, NEIL |
| 7 | TELFORD, and MARCIA RAINES |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANNY M. SINGSON, | | Nos. CV 09-5023-SI & CV 11-1863 SI |
| | Plaintiff, | (Related Cases) |
| | v. | **STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCES** |
| CITY OF MILLBRAE, et al., | | |
| | Defendants. | |

Pursuant to this Court's May 6, 2011 Notice, a Further Case Management Conference in Case No. CV 09-5023, and an Initial Case Management Conference in Case No. CV 11-01863, were set for July 29, 2011.  Since this Notice was issued, however, conflicts have arisen on that date for lead counsel for Defendants, who will be appearing at the Conferences on their behalf.  The parties have therefore met and conferred regarding the date of the Conferences, and Plaintiff's counsel has agreed to continue them to a later date.

Accordingly, Defendants CITY OF MILLBRAE, MARK RAFFAELLI, NEIL TELFORD, and MARCIA RAINES, through their attorneys of record, Hanson Bridgett LLP, and Plaintiff DANNY M. SINGSON, through his attorneys of record, Scott Law Firm,

1  hereby stipulate and agree to continue the Further Case Management Conference in
2  Case No. CV 09-5023, and the Initial Case Management Conference in Case No. CV
3  11-01863, currently set for July 29, 2011 at 2:30 p.m., until August 26, 2011 at 2:30 p.m.,
4  or such other date and time that this Court may set for the Conferences.  The parties
5  respectfully request the Court grant this continuance.  Pursuant to the Court's May 6,
6  2011 Case Management Conference Order, the parties will file a Joint Case
7  Management Statement seven days in advance of the continued Conferences.
8        This stipulation is made pursuant to Local Rules 6-1 and 6-2 of the United States
9  District Court for the Northern District of California, and is based upon this stipulation and
10 proposed order, the attached Declaration of M.D. Moye, and any other matters that the
11 Court may wish to consider.
12       IT IS SO STIPULATED.

15 DATED: July 18, 2011        SCOTT LAW FIRM

17 By:   /s/ John Houston Scott
18     JOHN HOUSTON SCOTT
    Attorneys for Plaintiff
    DANNY M. SINGSON

20 DATED: July 18, 2011        HANSON BRIDGETT LLP

22 By:   /s/  M. D. Moye
23     M. D. MOYE
    MARK C. GABEL
24     Attorneys for Defendants
    CITY OF MILLBRAE, MARC
25     FARBER, and MARK RAFFAELLI

1 **[PROPOSED] ORDER**

2 Pursuant to the Stipulation above, the Further Case Management Conference
3 previously scheduled for July 29, 2011 at 2:30 p.m. is hereby continued to August 26,
4 2011 at 2:30 p.m.

5 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 DATED: 7/20/11     By: _____
8 THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE
MANAGEMENT CONF. (CASE NO. CV 09-5023-SI)                                    3082865.1