IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. SINGSON,<br><br>        Plaintiff,<br><br>  v.<br><br>MARC FARBER,<br><br>        Defendant.<br>_____/ | No. C 09-05023 SI<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 18, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 18, 2011.

DESIGNATION OF EXPERTS: 11/28/11; REBUTTAL: 12/5/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 16, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by January 13, 2012;
    Opp. Due January 27, 2012; Reply Due February 3, 2012;
    and set for hearing no later than February 17, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 3, 2012 at 3:30 PM.

JURY TRIAL DATE: April 16, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be    days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a
The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  8/30/11

                                                            SUSAN ILLSTON
                                                            United States District Judge