HANSON BRIDGETT LLP
MYRON D. MOYE, SBN 152871
mmoye@hansonbridgett.com
JENICA D. MARIANI, SBN 266982
jmariani@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants
CITY OF MILLBRAE, MARK RAFFAELLI,
NEIL TELFORD, and MARCIA RAINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY SINGSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MILLBRAE, MARCIA RAINES, NEIL TELFORD and MARK RAFFAELLI,<br><br>Defendants. | CASE NO. CV 11-1863 SI<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING OF OPPOSITION AND REPLY PAPERS RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Susan Illston<br>Date:  March 9, 2012<br>Time:  9:00 a.m.<br>Crtrm.: 10, 19th Floor |

Defendants CITY OF MILLBRAE; NEIL TELFORD, MARCIA RAINES, AND MARK RAFFAELLI ("Defendants"), through their attorneys of record, Hanson Bridgett LLP, and Plaintiff DANNY M. SINGSON (hereinafter "Plaintiff"), through his attorneys of record, Scott Law Firm, hereby stipulate and agree to extend the time for Plaintiff to file his opposition to Defendants Motion for Summary Judgment to 3:00 p.m., February 21, 2012 and for Defendants to file their reply to 3:00 p.m., February 28, 2012.  The extension does not alter the date for any hearing set by the Court.  This Stipulation is made

pursuant to Rule 6-1(a) of the United States District Court for the Northern District of California.

Dated: February 17, 2012              SCOTT LAW FIRM


                              By:     /s/ John Houston Scott
                                      JOHN HOUSTON SCOTT
                                      Attorneys for Plaintiff Danny M. Singson


Dated: February 17, 2012              HANSON BRIDGETT LLP


                              By:     /s/ M. D. Moye
                                      M. D. MOYE
                                      Attorneys for Defendants CITY OF
                                      MILLBRAE; NEIL TELFORD, MARCIA
                                      RAINES, AND MARK RAFFAELLI


IT IS SO ORDERED.


DATED: February 21, 2012

                                      _____
                                      HONORABLE SUSAN ILLSTON

[STIPULATION AND PROPOSED ORDER
(CASE NO. CV 11-1863 SI)

4156175.1