1  HANSON BRIDGETT LLP
   MYRON D. MOYE, SBN 152871
2  mmoye@hansonbridgett.com
   JENICA D. MARIANI, SBN 266982
3  jmariani@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:   (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants
   CITY OF MILLBRAE, MARK RAFFAELLI,
7  NEIL TELFORD, and MARCIA RAINES

8
                    UNITED STATES DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11
   DANNY SINGSON,                          CASE NO. CV 11-1863 SI
12
              Plaintiff,                   STIPULATION AND ORDER
13                                         EXTENDING TIME FOR FILING OF
        v.                                 OPPOSITION AND REPLY PAPERS RE:
14                                         DEFENDANTS' MOTION FOR
   CITY OF MILLBRAE, MARCIA RAINES,        SUMMARY JUDGMENT, OR, IN THE
15 NEIL TELFORD and MARK RAFFAELLI,        ALTERNATIVE, PARTIAL
                                           SUMMARY JUDGMENT
16            Defendants.

17                                         Judge: Hon. Susan Illston
                                           Date:  March 9, 2012
18                                         Time:  9:00 a.m.
                                           Crtrm.: 10, 19th Floor
19

20

21
        Defendants CITY OF MILLBRAE; NEIL TELFORD, MARCIA RAINES, AND MARK
22
   RAFFAELLI ("Defendants"), through their attorneys of record, Hanson Bridgett LLP, and
23
   Plaintiff DANNY M. SINGSON (hereinafter "Plaintiff"), through his attorneys of record,
24
   Scott Law Firm, hereby stipulate and agree to extend the time for Plaintiff to file his
25
   opposition to Defendants Motion for Summary Judgment to 3:00 p.m., February 21, 2012
26
   and for Defendants to file their reply to 3:00 p.m., February 28, 2012. The extension
27
   does not alter the date for any hearing set by the Court. This Stipulation is made
28

4156175.1
                                           -1-
   STIPULATION AND PROPOSED ORDER
   (CASE NO. CV 11-1863 SI)

1  pursuant to Rule 6-1(a) of the United States District Court for the Northern District of
2  California.

3  Dated: February 17, 2012                                SCOTT LAW FIRM
4
5
6                                              By:       /s/ John Houston Scott
                                                         JOHN HOUSTON SCOTT
7                                                        Attorneys for Plaintiff Danny M. Singson
8
9  Dated: February 17, 2012                              HANSON BRIDGETT LLP
10
11                                             By:       /s/ M. D. Moye
                                                         M. D. MOYE
12                                                       Attorneys for Defendants CITY OF
                                                         MILLBRAE; NEIL TELFORD, MARCIA
13                                                       RAINES, AND MARK RAFFAELLI
14
15
16  IT IS SO ORDERED.
17
18
19  DATED: February 21, 2012
                                                         HONORABLE SUSAN ILLSTON
20
21
22
23
24
25
26
27
28

4156175.1

-2-

[STIPULATION AND PROPOSED ORDER
(CASE NO. CV 11-1863 SI)