United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. SINGSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MILLBRAE, *et al.*,<br><br>    Defendants.<br>                                          / | No. C 09-5023 SI and C 11-1863 SI<br><br>**REFERRAL TO MAGISTRATE JUDGE SPERO** |

These actions are referred to Magistrate Judge Joseph Spero for settlement discussions.

**IT IS SO ORDERED.**

Dated: March 9, 2012

SUSAN ILLSTON
United States District Judge