**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. SINGSON, | No. C 09-5023 SI and C 11-1863 SI |
| Plaintiff, | **REFERRAL TO MAGISTRATE JUDGE SPERO** |
| v. | |
| CITY OF MILLBRAE, *et al.*, | |
| Defendants. / | |

These actions are referred to Magistrate Judge Joseph Spero for settlement discussions.

**IT IS SO ORDERED.**

Dated: March 9, 2012

SUSAN ILLSTON
United States District Judge