HANSON BRIDGETT LLP
MYRON D. MOYE, SBN152871
mmoye@hansonbridgett.com
JENICA D. MARIANI, SBN 266982
jmariani@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants
CITY OF MILLBRAE, MARK RAFFAELLI,
NEIL TELFORD, and MARCIA RAINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNY SINGSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MILLBRAE, MARCIA RAINES,<br>NEIL TELFORD and MARK RAFFAELLI,<br><br>    Defendants. | CASE NO. C 11-1863 SI<br>Related Case No. C 09-5023 SI<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' TRIAL EQUIPMENT AND TECHNOLOGY**<br><br>Judge: Hon. Susan Illston<br>Date: April 16, 2012<br>Time: 8:30 a.m.<br>Crtrm.: 10, 19th Floor |

Defendants City of Millbrae, Mark Raffaelli, Marcia Raines, and Neil Telford ("Defendants") request the Court issue an order to allow Defendants to display trial exhibits electronically on the court's flat screen LCD monitors at trial, thereby permitting use of trial presentation software and a trial technology technician and paralegal to facilitate this process.

Accordingly, Defendants ask their trial team be permitted to transport the following items through courthouse security for trial in the above- captioned matter starting on April 16, 2012:

1. Computers in the possession of Myron Moye, Esq. and Jenica D. Mariani Esq. of Hanson Bridgett LLP;

2. One 4' X 2' conference/technician's table, with black table cloth.

3. One 17" Monitor;

-1-
[PROPOSED] ORDER RE DEFENDANTS' TRIAL TECHNOLOGY EQUIPMENT
(CASE No. C 11-1863 SI & No. C 09-5023 SI)

4243466.1

4. One Kramer 4 in, 1 out VGA switcher with audio pass through;

5. 1 in, 2 out VGA Distribution Amplifier;

6. Box containing cabling (Power Extension Cords, 2 Power Strips, VGA, Stereo Mini, Adapters, Gaffers Tape);

7. Epson "Small-in-One" USB Printer, with paper and spare inkjet cartridges; and

8. Pelican Case containing computer equipment (2 Dell Laptops, 2 External Hard drives, Headphones, Clipboard, Various other misc. trial supplies.)

Defendants also request that they be allowed to store some or all of this equipment in a secure location in the courthouse. Defendants further request that their trial technician and paralegal be allowed to set up and test trial equipment prior to the commencement of trial on the morning of April 16, 2010 or at such time thereafter at directed by the Court.

DATED: April _, 2012                    HANSON BRIDGETT LLP


By: /s/ Jenica D. Mariani
JENICA D. MARIANI
Attorney for Defendants
City of Millbrae, et al


After reviewing Defendants' request, Defendants will be permitted to bring the above-mentioned items through security and have them stored in a secure location in the courthouse. Defendants' trial technician and paralegal will be permitted to enter Courtroom #10 and be allowed to set up and test trial equipment on prior to the commencement of trial on the morning of April 16, 2012 or at such time thereafter as indicated by this Court.

IT IS SO ORDERED

DATED: ___4/13___, 2012

By:_____
HON. SUSAN ILLSTON
United States District Court Judge

4243466.1

-2-
[PROPOSED] ORDER RE DEFENDANTS' TRIAL TECHNOLOGY EQUIPMENT
(CASE NO. C 11-1863 SI & NO. C 09-5023 SI)