IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. SINGSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MILLBRAE, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 09-5023 SI and C 11-1863 SI<br><br>**ORDER DENYING PLAINTIFF'S UNTIMELY REQUEST TO AMEND JURY INSTRUCTIONS** |

On May 3, 2012, plaintiff filed "Plaintiff's Proposed Amendment to Jury Instructions." Docket No. 114 in C 11-1863 SI. The jury began their deliberations on May 1, 2012. Plaintiff asserts that "in light of the recent jury question [on May 3, 2012] and review of the jury instructions the plaintiff believes there is ambiguity in the jury instructions that requires revision," and that the jury should be instructed that plaintiff needs to establish only one act of retaliation to establish liability. Docket No. 114 at 1:21-22 (C 11-1863 SI).

The Court DENIES plaintiff's request to amend the jury instructions. Plaintiff's request is untimely, and plaintiff has waived this objection as plaintiff did not raise this issue prior to the Court instructing the jury on the final jury instructions. The Court also finds no error in the instructions as given. Finally, the Court finds that providing the amended instruction during the middle of jury deliberations would be highly prejudicial to defendants.

**IT IS SO ORDERED.**

Dated: May 3, 2012

                                                            SUSAN ILLSTON<br>                                                            United States District Judge