IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY M. SINGSON,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF MILLBRAE, MARK RAFFAELLI, NEIL TELFORD, MARCIA RAINES,<br><br>        Defendant.<br>_____/ | No. C 09-05023 SI<br>and C-11-1863 SI<br><br>**JUDGMENT** |

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding.  The issues having been tried before the Court and special verdict rendered on May 14, 2012.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of all defendants and against plaintiff..

**IT IS SO ORDERED**.

Dated: May 16, 2012

_____
SUSAN ILLSTON
United States District Judge